■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAUDADE O. LUKE, Also Known as SHY, Appellant. [11 NYS3d 501]—Appeal from a judgment of the Supreme Court, Monroe County (Daniel J. Doyle, J.), rendered September 26, 2011. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the second degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on March 3, 2015 and by the attorneys for the parties on January 15, 2015 and in March 2015,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH H. FORD, Appellant. [11 NYS3d 502]—Appeal from an order of the Wayne County Court (John B. Nesbitt, J.), entered October 8, 2013. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WILLIAMS, Appellant. [11 NYS3d 502]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. BARNES, JR., Appellant. [11 NYS3d 503]—Motion for reconsideration denied. Present—Scudder, P.J., Smith, Centra, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO WOODS, Appellant. [11 NYS3d 503]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY ORTA, Appellant. [11 NYS3d 503]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Whalen and DeJoseph, JJ.